**UNITED STATES PROBATION
AND PRETRIAL SERVICES**

# MEMORANDUM

**DATE:** August 21, 2014

**TO:** Honorable Jonathan W. Feldman
U.S. Magistrate Judge

**FROM:** Nathan G. Bradley
Senior U.S. Probation Officer

**SUBJECT:** Charlton Osbourne
6:14-m-00598-002



On July 10, 2014, Your Honor released the defendant to a curfew with the electronic monitoring component. Since that time the defendant has maintained compliance with his conditions of release. He maintains verified employment and has had no electronic monitoring/curfew violations.

It is respectfully recommended that his conditions be modified to allow the electronic monitoring, curfew to be removed. It is recommended that all other conditions of release remain in effect. The court's minutes reflect no objections by the government to modify the defendant's conditions.

**RECOMMENDATION:** It is respectfully recommended that the "curfew with electronic monitoring" condition be removed and that all other conditions of release remain in effect.

__X__   The curfew with electronic monitoring condition be removed. The defendant is to continue release under all other previously imposed conditions.

_____   Request denied.

_____
Jonathan W. Feldman
U.S. Magistrate Judge

_8/25/14_
Date